E-FILED
Friday, 04 August, 2006  03:07:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
AUG - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIM. NO. 06-300____ |
| v. ) | VIO: 21 U.S.C. § 841(a)(1) |
| ) | |
| DONALD L. ROBINSON, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about June 12, 2006, in Sangamon County, in the Central District of Illinois,

**DONALD L. ROBINSON,**

the defendant herein, knowingly and intentionally possessed 497 grams of a mixture or substance containing cocaine, a Schedule II controlled substance, with the intent to distribute;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL,

_____
FOREPERSON

_____
RODGER A. HEATON
UNITED STATES ATTORNEY

GMG