AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

vs.

**DONALD L. ROBINSON**
**Unknown Address**

**FILED**

AUG 1 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case Number: 06-30056

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
the U.S. District Court, Courtroom 3, 600 E. Monroe, Springfield, IL
on
Wednesday, August 23, 2006 at 10:00 a.m.
before the
HONORABLE **U.S. Magistrate Judge Byron G. Cudmore**

To answer a(n) **an Indictment** charging you with a violation of Title **21**, United States Code, Section(s) **841(a)(1)**.

Brief description of offense:

Possession of Cocaine with the Intent to Distribute

DATE: **August 4, 2006**

JOHN M. WATERS, CLERK

s/Michelle Eddings
BY: DEPUTY CLERK

U.S. MARSHALS SERVICE
CENTRAL ILLINOIS
2006 AUG -4 P 4:36
RECEIVED

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)  08/14/2006 |
| Check one box below to indicate the appropriate method of service |

[X] Served personally upon the defendant at: United States Courthouse 600 East Monroe, Springfield, IL 62701. Served to defendants attorney Chad Turner per AUSA Gillmore.

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
   Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 08/14/2006        Steven Deatherage
            Date                Name of United States Marshal

                                Alex J. At___
                                (by) Deputy United States Marshal

Remarks: