E-FILED
Tuesday, 22 August, 2006  06:34:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-30056 |
| | ) |
| DONALD L. ROBINSON | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

**NOW COMES** Attorney Chad E. Turner and on behalf of Defendant, Donald L. Robinson, hereby enters his appearance in the above-captioned cause.

S/ Chad E. Turner

Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008

CERTIFICATE OF SERVICE

       I hereby certify that on August 22, 2006, I electronically filed the forgoing ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Greg Gilmore
Assistant United States' Attorney


                                                                                          s/ Chad E. Turner
                                                                                          Chad E. Turner



Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008