E-FILED
Thursday, 14 September, 2006  04:40:30 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 06-30056 |
| ) | |
| DONALD L. ROBINSON ) | |
| ) | |
| Defendant. ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

**NOW COMES** Defendant, Donald Robinson and hereby moves this Honorable Court to modify the conditions of his pre-trial release. In support of said motion Defendant states the following:

1. On August 23, 2006 this court issued an order setting the conditions of Defendant's pre-trial release.

2. One of the conditions of Defendant's release is that he must either maintain employment or seek employment at all times while he is admitted to pre-trial release.

3. Defendant is a disabled person currently in the process of obtaining Social Security disability benefits.

4. Defendant has been diagnosed by Dr. Tammy Engel of the SIU School of Medicine with diabetes, sleep apnea and high blood pressure.

5. Due to Defendant's disability he is unable to maintain employment.

WHEREFORE, Defendant requests this Court modify his conditions of release by lifting the requirement that he maintain or continuously seek employment. If required to do so Defendant could provide evidence of his reasons for this motion at hearing.

S/ Chad E. Turner

Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008

CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2006, I electronically filed the forgoing MOTION TO MODIFY CONDITIONS OF RELEASE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Greg Gilmore
Assistant United States' Attorney

s/ Chad E. Turner
Chad E. Turner

Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008