IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 06-30056 |
| DONALD L. ROBINSON, | ) |
| Defendant. | ) |

**DEFENDANT'S SECOND MOTION TO CONTINUE**

**NOW COMES** Defendant, Donald Robinson, by and through his attorney Chad Turner, and hereby moves this Honorable Court to continue the pre-trial and trial settings in the above captioned cause. In support of said motion the Defendant states the following:

1. The above captioned cause is currently set for final pre-trial on December 1, 2006 at 10am and trial on October 5, 2006 at 9am.

2. The Defendant is currently engaged in ongoing cooperation with the government.

3. The Defendant and the government are currently engaged in plea negotiations which may resolve this case without a trial.

4. The government, through AUSA Greg Gilmore, has no objection to this motion.

WHEREFORE, Defendant respectfully requests this honorable Court continue the trial and pre-trial settings in the above captioned case for sixty (60) days.

S/ Chad E. Turner

Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008

CERTIFICATE OF SERVICE

  I hereby certify that on November 29, 2006, I electronically filed the forgoing DEFENDANT'S SECOND MOTION TO CONTINUE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Greg Gilmore
Assistant United States' Attorney


                  s/ Chad E. Turner
                  Chad E. Turner


Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008