IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 06-30056 |
| | ) |
| DONALD L. ROBINSON | ) |
| | ) |
| Defendant. | ) |

**MOTION TO MODIFY CONDITIONS OF RELEASE**

**NOW COMES** Defendant, Donald Robinson and hereby moves this Honorable Court to modify the conditions of his pre-trial release. In support of said motion Defendant states the following:

1. On August 23, 2006 this court issued an order setting the conditions of Defendant's pre-trial release.

2. One of the conditions of Defendant's release is that he not leave the Central District of Illinois.

3. Defendant is currently engaged in cooperation with law enforcement officials regarding his case.

4. Defendant's ongoing cooperation requires that he be able to leave the Central District of Illinois for purposes of cooperation.

5. The government, through AUSA Greg Gilmore, has no objection to this motion.

WHEREFORE, Defendant requests this Court modify his conditions of release by lifting the requirement that not leave the Central District of Illinois.

S/ Chad E. Turner

Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008

CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2006, I electronically filed the forgoing MOTION TO MODIFY CONDITIONS OF RELEASE  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Greg Gilmore
Assistant United States' Attorney

s/ Chad E. Turner<br>Chad E. Turner

Chad E. Turner
**TURNER LAW OFFICE, LLC**
1 West Old State Capitol Plaza
Springfield, Illinois 62701
Telephone: 217-525-7008