UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06- 30056 |
| | ) | |
| DONALD L. ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S NOTICE OF PRIOR CONVICTION

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore, file the following notice of prior conviction, and state:

The defendant was convicted of the felony offense of manufacture/delivery of cocaine in Cook County, Illinois, on February 23, 1998, No.97-CF-3007701, and sentenced to three years probation.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

 s/ Gregory M. Gilmore
Gregory M. Gilmore, Reg. No. 06217499
U.S. Attorney's Office
318 South 6th Street
Springfield, IL   62701
Telephone: 217/492-4450
greg.gilmore@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Chad Turner, Esq. at chad@turnerlawoffice.net

                                  s/ Gregory M. Gilmore